# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL
ASSOCIATION,

    Plaintiff,

vs.

DENISE FOSTER,

    Defendant.

Case No. 3:18cv00130

District Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

**DECISION AND ENTRY**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on April 25, 2018 (Doc. #5) is ADOPTED in full;

2. This case is REMANDED to the Montgomery County, Ohio Court of Common Please pursuant to 28 U.S.C. §§ 1447(c) and 1915(e)(2); and

3. The case is terminated on the docket of this Court.

May 16, 2018

                                                              s/Thomas M. Rose
                                                              Thomas M. Rose
                                                      United States District Judge